IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDGAR VINASCO,
     Petitioner,

vs.                         Case No.  3:05cv246/LAC/EMT

DONALD F. BAUKNECHT,
     Respondent.

---

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 23, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of objections filed, if any.

Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (Doc. 4) is **DENIED** with prejudice.

**DONE AND ORDERED** this 27th day of January, 2006.

s/*L.A. Collier*
                  **LACEY A. COLLIER**
                  **SENIOR UNITED STATES DISTRICT JUDGE**