IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDGAR VINASCO,
    Petitioner,

vs.                                          Case No.: 3:05cv246/LAC/EMT

DONALD F. BAUKNECHT,
    Respondent.

## **O R D E R**

This matter is before the court on Petitioner's notice of appeal and motion to proceed in forma pauperis on appeal (Docs. 21, 22).  Petitioner paid the filing fee in the proceedings before this court.

Pursuant to 28 U.S.C. § 1915(a)(3) and Rule 24(a) of the Federal Rules of Appellate Procedure, this court hereby certifies that this appeal is not taken in good faith, and Petitioner is not entitled to proceed in forma pauperis on appeal.  The reasons for this court's decision are outlined in the Magistrate Judge's Report and Recommendation dated December 23, 2005 (Doc. 12) and this court's order dated January 27, 2006 (Doc. 19) which adopted and incorporated that recommendation.

Accordingly, it is **ORDERED**:

Petitioner's motion for leave to proceed in forma pauperis on appeal (Doc. 22) is **DENIED**, and he is directed to pay the full appellate filing fee of $255.00 within **THIRTY (30) DAYS** from

the date of docketing of this order.

**DONE AND ORDERED** this 15th day of February 2006.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**